# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| SIR HOLLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV624-075 |
| | ) | |
| CORE CIVIC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On December 17, 2024, the Court recommended that *pro se* plaintiff Sir Holley's 42 U.S.C. § 1983 Complaint be dismissed because of his failure to disclose his prior litigation. *See generally* doc. 4. His deadline to file objections to that recommendation remains pending. *See* Fed. R. Civ. P. 72(b)(2), *see also* Fed. R. Civ. P. 6(a)(1)(c), (d). On December 23, the Clerk received a notice that Holley's address had changed. *See* doc. 5. On December 31, 2024, the United States Postal Service returned the service copy of the Court's Order and Report and Recommendation, which was sent to Holley's prior address, as undeliverable. *See* doc. 6. It appears, therefore, that Holley has not had any notice of the Court's recommendation. The Clerk is, therefore,

1

**DIRECTED** to resend the service copy of the Order and Report and Recommendation, docs. 3 & 4, to Holley's updated address. The Court will, *sua sponte*, extend his deadline to submit objections to the Report and Recommendation until fourteen days from the date of this Order. Fed. R. Civ. P. 6(b)(1)(A).

    **SO ORDERED,** this 3rd day of January, 2024.

                                              _____
                                              CHRISTOPHER L. RAY
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF GEORGIA