UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SIR HOLLEY, )
 )
    Plaintiff, )
 )
v. ) CV624-075
 )
CORE CIVIC, *et al.*, )
 )
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 4), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 4.) Holley's Complaint is **DISMISSED** as malicious. The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA